UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :

        v.          :

RAFAEL ESPINAL,          :          07 Cr. ___
    a/k/a "Francis,"

        Defendant.          :

**07 CRIM. 615**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

       The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charge and of HIS rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Defendant  RAFAEL ESPINAL

Witness

Counsel for Defendant
THOMAS AMBROSIO

Date:  New York, New York
       July 6, 2007

0202

JUL 0 6 2007