NOV 13 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

       - v. -                 :   ORDER

RAFAEL ESPINAL,                     :   S1 07 Cr. 615 (SAS)

            Defendant.         :

- - - - - - - - - - - - - - - - - - x

       WHEREAS, with his consent, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on November 1, 2007;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

       IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
        November ___, 2007

_____
HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/08